1  Harry "Hap" P. Weitzel (SBN 149934)
   Jeffrey M. Goldman (SBN 233840)
2  PEPPER HAMILTON LLP
   4 Park Plaza, Suite 1200
3  Irvine, CA 92614-5955
   Tel.:  949.567.3500
4  Fax:  949.863.0151
   weitzelh@pepperlaw.com
5  goldmanj@pepperlaw.com

6  Attorneys for Plaintiffs
   ADT Security Services, Inc.
7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | ADT SECURITY SERVICES, INC., | Case No.  12-MC-80096

13 |         Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON THE JOINT LETTER REGARDING MOTION TO COMPEL**

14 |    v.

15 | PINNACLE SECURITY LLC;
   | PINNACLE SECURITY CA, LP; KELLY | Original Hearing Date
16 | E. WALKER; AND STEVEN P. | Date:  June 15, 2012
   | ZOLMAN | Time:  9:30 a.m.
17 |  | Crtrm:  G

18 |         Defendant. | Proposed Continued Hearing Date
   |  | Date:  July 27, 2012
19 |  | Time:  9:30 a.m.
   |  | Crtrm:  G
20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON THE JOINT
LETTER RE MOTION TO COMPEL

The Court has received and considered the Stipulation to Continue Hearing on the Joint Letter Regarding Motion to Compel to July 27, 2012, by and between Plaintiff ADT Security Services, Inc. and Golden Gate Capital.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The hearing date and time for the Joint Letter Regarding Motion to Compel shall be July 27, 2012 at 9:30 a.m., before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated : _____June 12_____, 2012          _____
                                            Magistrate
                                            United States District Court for the
                                            Northern District of California