| | |
|---|---|
| 1 | Harry "Hap" P. Weitzel (SBN 149934) |
| 2 | Jeffrey M. Goldman (SBN 233840)<br>PEPPER HAMILTON LLP |
| 3 | 4 Park Plaza, Suite 1200<br>Irvine, CA 92614-5955 |
| 4 | Tel.: 949.567.3500<br>Fax: 949.863.0151 |
| 5 | weitzelh@pepperlaw.com<br>goldmanj@pepperlaw.com |
| 6 | Attorneys for Plaintiffs |
| 7 | ADT Security Services, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | Case No. 12-MC-80096 |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION TO CONTINUE HEARING ON THE JOINT LETTER REGARDING MOTION TO COMPEL |
| v. | |
| PINNACLE SECURITY LLC; PINNACLE SECURITY CA, LP; KELLY E. WALKER; AND STEVEN P. ZOLMAN | Original Hearing Date<br>Date: June 15, 2012<br>Time: 9:30 a.m.<br>Crtrm: G |
| Defendant. | Proposed Continued Hearing Date<br>Date: July 27, 2012<br>Time: 9:30 a.m.<br>Crtrm: G |

1
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON THE JOINT
LETTER RE MOTION TO COMPEL

1   The Court has received and considered the Stipulation to Continue Hearing on the Joint Letter Regarding Motion to Compel to July 27, 2012, by and between Plaintiff ADT Security Services, Inc. and Golden Gate Capital.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The hearing date and time for the Joint Letter Regarding Motion to Compel shall be July 27, 2012 at 9:30 a.m., before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated : _____June 12_____, 2012      _____
Magistrate
United States
Northern District of California

*[Signature and seal of Judge Joseph C. Spero, United States District Court, Northern District of California]*